IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| Plaintiff, | ) | Case No. 2:12-mj-173 GGH |
| vs. | ) | |
| Jesus LNU (Gamboa-Meza) | ) | |
| Defendant | ) | |
| | ) | <u>ORDER</u> |

The defendant in this case, Jesus Gamboa-Meza, has been alleged to have used/stolen the identity of Pablo Ortega-Hernandez in events connected with this case. The complaint reflected this in its title by its description that "Jesus LNU" was using the name of Ortega-Hernandez. However, the U.S. Marshal Service's records, and perhaps other entities, recognize Ortega-Hernandez as the defendant in this case, or at the very least, an aka of the defendant. In order to alleviate the problem associated with having an undeserved arrest record for a serious felony, the Marshal is ordered to modify its records to either delete Ortega-Hernandez as the arrestee/aka of the arrestee in this case, or clearly indicate otherwise that *the*

1

Ortega-Hernandez was not arrested in this case.

The Clerk shall serve this order on the United States Marshal.

DATED: July 26, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE